IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY<br>as subrogee of Mercury Paper, Inc., :<br>:<br>Plaintiff, :<br>:<br>vs. :<br>: CIVIL ACTION NO: 5:12-cv-00125-MFU<br>NACCO MATERIALS HANDLING :<br>GROUP, INC. d/b/a Yale Materials Handling :<br>Corporation and DOUGHERTY :<br>EQUIPMENT COMPANY, INC. :<br>:<br>Defendants. : | |

**FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2) DISCLOSURE ON BEHALF OF DEFENDANTS NACCO MATERIALS HANDLING GROUP, INC. AND DOUGHERTY EQUIPMENT COMPANY, INC.**

Defendants NACCO Materials Handling Group, Inc. and Dougherty Equipment Company, Inc. by and through counsel designate the following witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2):

I. **WITNESSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(B)**

Dennis C. Deegan, Ph.D.
26 Venetian Drive
Easton, Pennsylvania 18040

Mr. Deegan is a consultant providing forensic and general metallurgical and corrosion engineering services. Mr. Deegan's report is attached as Exhibit A and contains his opinions and the bases, facts and data supporting those opinions. Mr. Deegan's opinions and testimony are based upon his education, experience, and employment. Mr. Deegan's Curriculum Vitae, which includes a summary of his qualifications as an expert and a statement of his relevant areas of expertise, List of Publications, List of Depositions and Trial Appearances are also attached as Exhibit A. Mr. Deegan charges $300.00. Mr. Deegan may utilize the documents, materials and photographs referenced in his report as exhibits.


EXHIBIT Z

Keith DeLorenzo
International Investigative Consultants
Fire and Explosion Investigations
1832 Stovall Street
Bullhead City, Arizona 86442

Mr. DeLorenzo is the President of International Investigative Consultants. Mr. DeLorenzo's report is attached as Exhibit B and contains his opinions and the bases, facts and data supporting those opinions. Mr. DeLorenzo's opinions and testimony are based upon his education, experience, and employment. Mr. DeLorenzo's Curriculum Vitae, which includes a summary of his qualifications as an expert and a statement of his relevant areas of expertise, List of Published Articles, List of Depositions and Schedule of Fees are also attached as Exhibit B. Mr. DeLorenzo may utilize the documents, materials and photographs referenced in his report as exhibits.

H. Frank Entwisle, P. E. - Retired
Artifex Consulting Inc.
201 Cambridge Lane
Nicholasville, Kentucky 40356

Mr. Entwisle is the President of Artifex Consulting Inc. Mr. Entwisle's report is attached as Exhibit C and contains his opinions and the bases, facts and data supporting those opinions. Mr. Entwisle's opinions and testimony are based upon his education, experience, and employment. Mr. Entwisle's Curriculum Vitae, which includes a summary of his qualifications as an expert and a statement of his relevant areas of expertise, Trial and Deposition Testimony List and Billing Policy are also attached as Exhibit C. Mr. Entwisle may utilize the documents, materials and photographs referenced in his report as exhibits.

## II. WITNESSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(C)

Charles R. Dickson, Jr.
Chief Operating Officer, Dougherty Equipment Company
3014 Thurston Avenue
Greensboro, North Carolina 27406

Mr. Dickson is the Chief Operating Officer of Dougherty Equipment Company. Mr. Dickson is a technical fact witness who will testify consistently with the opinions offered during his October 2, 2013 deposition.

Investigation and discovery are continuing, and defendants reserve the right to amend this Disclosure or a list of exhibits.

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

*Francis J. Grey, Jr.*
Francis J. Grey, Jr.
190 North Independence Mall West, Suite 500
Philadelphia, Pennsylvania 19106
Phone: 215-351-7540
Facsimile: 215-351-2551
E-Mail: fgrey@lavin-law.com
*Co-Counsel for Defendants, NACCO Materials Handling Group, Inc. and Dougherty Equipment Company, Inc.*

**WHARTON, ALDHIZER & WEAVER, PLC**
Marshal H. Ross (VSB# 29674)
100 South Mason Street
Post Office Box 20028
Harrisonburg, Virginia 22801
Phone: 540-434-0318
Facsimile: 540-434-5502
E-mail: *mross@wawlaw.com*
*Local Co-Counsel for NACCO Materials Handling Group, Inc. and Dougherty Equipment Company, Inc.*

Dated: November 8, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2013, I served the foregoing Federal Rule of Civil Procedure 26(a)(2) Disclosure on Behalf of Defendants NACCO Materials Handling Group, Inc. and Dougherty Equipment Company, Inc. with Exhibits via first class mail.

Al Nalibotsky, III, Esquire
Quick, Widis & Nalibotsky, PLLC
2115 Rexford Road, Suite 100
Charlotte, North Carolina 28211

James W. Barkley, Esquire
Elisabeth L. Manuel, Esquire
Morin & Barkley, LLP
455 Second Street, SE, Suite 200
Charlottesville, Virginia 22902

*Francis J. Grey, Jr.*
Francis J. Grey, Jr., Esquire